# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Laurel E. | 2. Court or Organization<br><br>United States Bankruptcy Court, District of Nevada | 3. Date of Report<br><br>05/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court
District of Nevada
300 Las Vegas Boulevard South
Las Vegas, NV 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | The Platypus Trust DTD 01-22-16 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bar Group, Bar Organization, or Bar Association | 05/19/2016 - 05/22/2016 | San Francisco, CA | Non-FJC educational seminar or program | Airfare, lodging, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank #1 (X) | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank #2 | A | Int./Div. | J | T | | | | | |
| 3. LPL Financial Brokerage Account: (H) | | | | | | | | | |
| 4. -Insured Cash Account Morgan Stanley Bank N.A. | A | Int./Div. | | | Closed | 02/04/16 | J | | |
| 5. -Janus Global Life Sciences Cl T | | None | | | Closed | 02/04/16 | K | | |
| 6. -ALPS Medical Breakthroughs ETF | | None | | | Sold | 01/11/16 | K | | |
| 7. -Catalyst Macro Strategy Cl I | | None | | | Closed | 02/04/16 | L | | |
| 8. -Fidelity Advisor Municipal Income Cl A | A | Dividend | | | Closed | 02/04/16 | L | | |
| 9. -First Trust Dow Jones Internet Index | | None | | | Sold (part) | 01/05/16 | J | | |
| 10. | | | | | Closed | 02/03/16 | K | | |
| 11. -Invesco High Yield Mun Cl A | A | Dividend | | | Closed | 02/04/16 | K | | |
| 12. -Oppenheimer Intl Small-Mid Company CL A | | None | | | Closed | 02/04/16 | K | | |
| 13. -Pimco High Yield Municipal Bond Cl P | A | Dividend | | | Closed | 02/04/16 | K | | |
| 14. -Market Vectors Intermediate Municipal ETF | | None | | | Buy | 01/11/16 | K | | |
| 15. | | | | | Sold | 01/26/16 | K | | |
| 16. -SPDR Series Trust S&P Pharmaceuticals ETF | | None | | | Buy | 01/26/16 | K | | |
| 17. | | | | | Closed | 02/09/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust - LPL Financial Brokerage Account: (H) | | | | | | | | | |
| 19. -Insured Cash Account Morgan Stanley Bank N.A. | | None | J | T | Open | 02/03/16 | J | | |
| 20. -JPMorgan California Municipal Money Market Fund | A | Dividend | J | T | Open | 12/08/16 | K | | |
| 21. -Janus Global Life Sciences Cl T | | | | | Open | 02/04/16 | K | | |
| 22. | | | | | Sold (part) | 02/08/16 | K | | |
| 23. | | | | | Sold (part) | 03/02/16 | J | | |
| 24. | | | | | Sold | 03/18/16 | J | | |
| 25. -Catalyst Macro Strategy Cl I | | None | | | Open | 02/04/16 | K | | |
| 26. | | | | | Sold | 02/24/16 | K | | |
| 27. -Fidelity Advisor Municipal Income Cl A | A | Dividend | | | Open | 02/04/16 | L | | |
| 28. | | | | | Sold | 03/02/16 | K | A | |
| 29. | | | | | Sold | 03/17/16 | K | A | |
| 30. -First Trust Dow Jones Internet Index | | None | | | Open | 02/03/16 | K | | |
| 31. | | | | | Sold | 02/09/16 | K | | |
| 32. -Invesco High Yield Mun Cl A | A | Dividend | | | Open | 02/04/16 | K | | |
| 33. | | | | | Sold (part) | 06/30/16 | K | B | |
| 34. | | | | | Buy (add'l) | 09/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/28/16 | J | | |
| 36. -Oppenheimer Intl Small-Mid Company CL A | | None | | | Open | 02/04/16 | K | | |
| 37. | | | | | Sold | 03/02/16 | K | | |
| 38. -Pimco High Yield Municipal Bond Cl P | A | Dividend | | | Open | 02/04/16 | K | | |
| 39. | | | | | Sold (part) | 02/25/16 | K | A | |
| 40. | | | | | Sold | 03/02/16 | K | A | |
| 41. | | | | | Buy | 06/30/16 | K | | |
| 42. | | | | | Sold | 10/28/16 | K | | |
| 43. -SPDR Series Trust S&P Pharmaceuticals ETF | | None | | | Open | 02/09/16 | K | | |
| 44. | | | | | Sold | 03/02/16 | K | | |
| 45. -Janus Flexible Bond Cl T | A | Dividend | | | Buy | 02/08/16 | K | | |
| 46. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 47. | | | | | Sold (part) | 06/30/16 | K | A | |
| 48. | | | | | Sold | 10/31/16 | K | A | |
| 49. -Ishares Silver Trust | | None | | | Buy | 02/09/16 | K | | |
| 50. | | | | | Sold | 06/01/16 | K | B | |
| 51. -Catalyst Hedged Futures Strategy Cl 1 | | None | | | Buy | 02/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/02/16 | J | | |
| 53. | | | | | Sold (part) | 03/18/16 | J | | |
| 54. | | | | | Sold (part) | 06/08/16 | J | A | |
| 55. | | | | | Sold | 07/15/16 | J | A | |
| 56. | | | | | Buy | 08/25/16 | K | | |
| 57. | | | | | Sold | 12/08/16 | K | | |
| 58.  -Pimco Trends Managed Futures Strat Cl P | None | | | | Buy | 02/25/16 | K | | |
| 59. | | | | | Buy (add'l) | 03/02/16 | K | | |
| 60. | | | | | Sold (part) | 03/30/16 | K | | |
| 61. | | | | | Sold | 06/30/16 | J | | |
| 62.  -Global X Lithium New ETF | None | | | | Buy | 03/02/16 | K | | |
| 63. | | | | | Sold | 07/06/16 | K | C | |
| 64.  -Ishares Gold Trust | None | | | | Buy | 03/02/16 | K | | |
| 65. | | | | | Sold | 06/09/16 | K | A | |
| 66.  -Fidelity Advisor Utilities Cl A | None | | | | Buy | 03/02/16 | K | | |
| 67. | | | | | Buy (add'l) | 03/17/16 | K | | |
| 68. | | | | | Sold | 08/04/16 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Oppenheimer Gold & Special Minerals Cl A | | None | | | Buy | 03/02/16 | K | | |
| 70. | | | | | Sold | 05/31/16 | K | D | |
| 71. | | | | | Buy | 06/30/16 | K | | |
| 72. | | | | | Sold | 10/06/16 | K | | |
| 73. -Janus Global Bond Cl T | A | Dividend | | | Buy | 03/18/16 | J | | |
| 74. | | | | | Buy (add'l) | 06/30/16 | K | | |
| 75. | | | | | Sold | 10/18/16 | K | | |
| 76. -Vanguard Utilities ETF | A | Dividend | | | Buy | 03/23/16 | J | | |
| 77. | | | | | Sold | 07/26/16 | J | A | |
| 78. -Pimco High Yield Spectrum Cl P | A | Dividend | | | Buy | 03/30/16 | K | | |
| 79. | | | | | Sold | 06/30/16 | K | A | |
| 80. -Ishares US Pharmaceuticals ETF | A | Dividend | | | Buy | 06/01/16 | K | | |
| 81. | | | | | Sold | 10/25/16 | K | | |
| 82. -Oppenheimer Steelpath MLP Income Cl A | A | Dividend | | | Buy | 05/31/16 | K | | |
| 83. | | | | | Sold (part) | 06/30/16 | K | A | |
| 84. | | | | | Sold | 08/01/16 | K | | |
| 85. -Catalyst Millburn Hedge Strategy Cl I | | None | | | Buy | 06/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/15/16 | J | | |
| 87. | | | | | Sold | 08/25/16 | K | A | |
| 88. -Vaneck Vectors Gold Miners ETF | | None | | | Buy | 06/09/16 | K | | |
| 89. | | | | | Sold | 06/23/16 | K | | |
| 90. | | | | | Buy | 10/31/16 | K | | |
| 91. | | | | | Sold | 12/07/16 | J | | |
| 92. -First Trust North American Energy Infrastructure ETF | A | Dividend | K | T | Buy | 06/23/16 | K | | |
| 93. -Invesco Gold & Precious Metals Cl A | | None | | | Buy | 06/30/16 | K | | |
| 94. | | | | | Sold (part) | 09/07/16 | J | A | |
| 95. | | | | | Sold | 10/06/16 | K | | |
| 96. -Cohen & Steers Quality Income Realty Fund Inc | | None | | | Buy | 07/06/16 | K | | |
| 97. | | | | | Sold | 08/26/16 | K | | |
| 98. -Oppenheimer Real Estate Cl A | | None | | | Buy | 08/01/16 | K | | |
| 99. | | | | | Sold | 08/23/16 | K | | |
| 100. -Fidelity Advisor Real Estate Income Cl A | A | Dividend | | | Buy | 08/04/16 | L | | |
| 101. | | | | | Sold (part) | 09/07/16 | J | A | |
| 102. | | | | | Sold | 10/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Oppenheimer Global Opptys Cl A | | None | | | Buy | 08/23/16 | K | | |
| 104. | | | | | Sold | 11/03/16 | K | | |
| 105. -Pimco Dynamic Credit & Mortgage Income Fund | B | Dividend | K | T | Buy | 08/26/16 | K | | |
| 106. -Invesco Floating Rate Class Y | A | Dividend | | | Buy | 10/06/16 | K | | |
| 107. | | | | | Buy (add'l) | 10/28/16 | J | | |
| 108. | | | | | Sold | 12/30/16 | K | A | |
| 109. -Oppenheimer Sr Floating Rate Plus Cl Y | A | Dividend | | | Buy | 10/06/16 | K | | |
| 110. | | | | | Sold | 12/30/16 | K | | |
| 111. -Janus Multi Sector Income CL T | A | Dividend | | | Buy | 10/18/16 | K | | |
| 112. | | | | | Sold | 12/07/16 | K | | |
| 113. -ETF Ser Solutions US Global Jets ETF | A | Dividend | K | T | Buy | 10/25/16 | K | | |
| 114. -Pimco Floating Rate Income Cl P | A | Dividend | K | T | Buy | 10/28/16 | K | | |
| 115. -Janus High Yield Cl T | A | Dividend | | | Buy | 10/31/16 | K | | |
| 116. | | | | | Sold | 12/07/16 | K | A | |
| 117. -Wisdomtree Japan Hedged Financials Fund ETF | A | Dividend | K | T | Buy | 10/31/16 | K | | |
| 118. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 119. -First Trust Low Duration Opportunities ETF | A | Dividend | | | Buy | 11/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/30/16 | J | | |
| 121. -Oppenheimer Senior Floating Rate Cl Y | A | Dividend | K | T | Buy | 11/03/16 | K | | |
| 122. | | | | | Buy (add'l) | 12/30/16 | K | | |
| 123. -Powershares S&P Small Cap Materials ETF | A | Dividend | K | T | Buy | 12/07/16 | K | | |
| 124. -SPDR S&P Regional Banking ETF | A | Dividend | K | T | Buy | 12/07/16 | K | | |
| 125. -First Trust Nasdaq ABA Community Bank ETF | | None | K | T | Buy | 12/30/16 | K | | |
| 126. -Powershares S&P Small Cap Energy Energy ETF | | None | K | T | Buy | 12/30/16 | K | | |
| 127. LPL Financial Retirement Account (H) | | | | | | | | | |
| 128. -Cash (X) | | None | J | T | | | | | |
| 129. -JP Morgan Prime Money Market Funds | A | Dividend | | | Closed | 07/25/16 | J | | |
| 130. -Deposit Cash Bank of the Ozarks | A | Interest | J | T | Open | 07/25/16 | J | | |
| 131. -Janus Global Life Sciences Cl T | | None | | | Sold (part) | 02/08/16 | L | | |
| 132. | | | | | Sold (part) | 03/02/16 | K | | |
| 133. | | | | | Sold | 03/18/16 | K | | |
| 134. -Oppenheimer Intl Small Company Cl A | | None | | | Sold | 03/02/16 | L | | |
| 135. -John Hancock Intl Growth Cl A | | None | | | Sold | 03/02/16 | L | | |
| 136. -Pimco Income Cl P | A | Dividend | | | Sold | 02/05/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Catalyst Macro Strategy Cl I | | None | | | Sold (part) | 02/05/16 | L | | |
| 138. | | | | | Sold | 02/24/16 | L | | |
| 139.  -ALPS Medical Breakthroughs ETF | | None | | | Sold | 01/11/16 | M | | |
| 140.  -MFS Technology Cl A | | None | | | Sold | 03/02/16 | M | | |
| 141. | | | | | Buy | 09/20/16 | M | | |
| 142. | | | | | Sold | 11/03/16 | M | | |
| 143.  -Powershares QQQ ETF | | None | | | Sold | 02/11/16 | M | | |
| 144.  -Wisdomtree Japan Hedged Health Care Fund ETF | | None | | | Sold | 03/08/16 | K | | |
| 145.  -SPDR Series Trust S&P Pharmaceuticals | | None | | | Sold | 01/12/16 | L | | |
| 146. | | | | | Buy | 01/26/16 | L | | |
| 147. | | | | | Sold | 02/09/16 | L | | |
| 148.  -Vanguard Intermediate Term Corp Bond ETF | | None | | | Buy | 01/11/16 | M | | |
| 149. | | | | | Sold | 01/26/16 | M | | |
| 150.  -First Trust Exchange Traded Fund III PFD Secs & Income ETF | B | Dividend | | | Buy | 01/12/16 | L | | |
| 151. | | | | | Sold | 02/11/16 | L | | |
| 152.  -Janus Flexible Bond Cl T | A | Dividend | | | Buy | 02/08/16 | L | | |
| 153. | | | | | Buy (add'l) | 03/02/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 03/31/16 | M | A | |
| 155. -Catalyst Hedged Futures Strategy Cl I | | None | | | Buy | 02/05/16 | L | | |
| 156. | | | | | Buy (add'l) | 02/25/16 | L | | |
| 157. | | | | | Sold (part) | 03/02/16 | K | A | |
| 158. | | | | | Sold (part) | 03/18/16 | K | | |
| 159. | | | | | Sold (part) | 06/08/16 | K | A | |
| 160. | | | | | Sold | 06/30/16 | K | B | |
| 161. | | | | | Buy | 08/25/16 | K | | |
| 162. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 163. | | | | | Sold | 12/08/16 | K | | |
| 164. -Pimco High Yield Municipal Bank Cl P | A | Dividend | | | Buy | 02/05/16 | L | | |
| 165. | | | | | Sold (part) | 02/25/16 | K | | |
| 166. | | | | | Sold | 03/02/16 | K | | |
| 167. -Ishares Gold Trust | | None | | | Buy | 02/09/16 | L | | |
| 168. | | | | | Buy (add'l) | 03/08/16 | K | | |
| 169. | | | | | Sold (part) | 03/17/16 | K | B | |
| 170. | | | | | Sold | 06/09/16 | M | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Advisorshares Ranger Equity Bear ETF | | None | | | Buy | 02/11/16 | M | | |
| 172. | | | | | Sold | 03/02/16 | M | | |
| 173. -First Trust Exchange Traded Fd III Managed Mun ETF | | None | | | Buy | 02/11/16 | L | | |
| 174. | | | | | Sold | 09/20/16 | L | B | |
| 175. -Pimco Trends Managed Futured Strat Cl P | | None | | | Buy | 02/25/16 | K | | |
| 176. | | | | | Buy (add'l) | 03/02/16 | K | | |
| 177. | | | | | Sold (part) | 03/30/16 | L | | |
| 178. | | | | | Sold | 06/30/16 | J | | |
| 179. -John Hancock Absolute Return Currency Cl A | | None | | | Buy | 03/02/16 | L | | |
| 180. | | | | | Sold | 03/31/16 | L | | |
| 181. -MFS Utilities Cl A | B | Dividend | | | Buy | 03/02/16 | M | | |
| 182. | | | | | Sold | 09/09/16 | M | E | |
| 183. -Oppenheimer Gold & Special Minerals Cl A | | None | | | Buy | 03/02/16 | L | | |
| 184. | | | | | Buy (add'l) | 03/31/16 | K | | |
| 185. | | | | | Sold | 05/31/16 | M | E | |
| 186. | | | | | Buy | 06/30/16 | M | | |
| 187. | | | | | Sold (part) | 09/20/16 | L | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 10/06/16 | L | | |
| 189. -Fidelity MSCI Utilities Index ETF | | None | | | Buy | 03/18/16 | K | | |
| 190. | | | | | Sold | 03/31/16 | K | A | |
| 191. -Janus Global Bond Cl T | B | Dividend | | | Buy | 03/18/16 | K | | |
| 192. | | | | | Buy (add'l) | 03/31/16 | M | | |
| 193. | | | | | Sold | 10/18/16 | M | A | |
| 194. -Vanguard Utilities ETF | A | Dividend | | | Buy | 03/23/16 | K | | |
| 195. | | | | | Buy (add'l) | 03/31/16 | L | | |
| 196. | | | | | Sold | 08/26/16 | M | A | |
| 197. -Global X Lithium New ETF | | None | | | Buy | 03/31/16 | L | | |
| 198. | | | | | Sold | 07/06/16 | L | D | |
| 199. -Pimco High Yield Spectrum Cl P | B | Dividend | | | Buy | 03/30/16 | L | | |
| 200. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 201. | | | | | Sold | 09/09/16 | L | C | |
| 202. -John Hancock Core High Yield Cl A | B | Dividend | | | Buy | 03/31/16 | L | | |
| 203. | | | | | Sold | 09/09/16 | L | C | |
| 204. -Oppenheimer Steelpath MLP Income Cl A | B | Dividend | | | Buy | 05/31/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 06/30/16 | M | A | |
| 206. -Catalyst Millburn Hedge Strategy Cl I | | None | | | Buy | 06/08/16 | K | | |
| 207. | | | | | Sold | 08/25/16 | K | B | |
| 208. -Vaneck Vectors Gold Miners ETF | | None | | | Buy | 06/09/16 | L | | |
| 209. | | | | | Sold | 06/23/16 | L | | |
| 210. | | | | | Buy | 10/31/16 | L | | |
| 211. | | | | | Sold | 12/08/16 | L | | |
| 212. -First Trust North American Energy Infrastructure ETF | C | Dividend | L | T | Buy | 06/23/16 | L | | |
| 213. | | | | | Buy (add'l) | 06/30/16 | K | | |
| 214. | | | | | Sold (part) | 12/30/16 | L | B | |
| 215. -Cohen & Steer Quality Income Realty Inc | | None | | | Buy | 07/06/16 | L | | |
| 216. | | | | | Sold | 08/26/16 | L | | |
| 217. -Aberdeen Asia Pacific Income Fund Inc | | None | | | Buy | 08/26/16 | M | | |
| 218. | | | | | Sold | 09/09/16 | M | | |
| 219. -Pimco Dynamic Credit & Mortgage Income Fund | D | Dividend | M | T | Buy | 08/26/16 | L | | |
| 220. | | | | | Buy (add'l) | 09/20/16 | K | | |
| 221. -ARK 3D Printing ETF | | None | | | Buy | 09/09/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/20/16 | K | | |
| 223. | | | | | Sold (part) | 10/31/16 | L | | |
| 224. | | | | | Sold | 12/30/16 | J | | |
| 225. -Global X Social Media Index | | None | | | Buy | 09/09/16 | L | | |
| 226. | | | | | Buy (add'l) | 09/20/16 | K | | |
| 227. | | | | | Sold (part) | 10/31/16 | L | | |
| 228. | | | | | Sold | 12/08/16 | J | | |
| 229. -MFS Emerging Markets Equity Cl A | | None | | | Buy | 09/09/16 | M | | |
| 230. | | | | | Sold | 09/20/16 | M | | |
| 231. -Pimco Stockplus Small Cl P | | None | | | Buy | 09/09/16 | L | | |
| 232. | | | | | Sold (part) | 09/20/16 | L | A | |
| 233. | | | | | Sold | 10/31/16 | J | | |
| 234. -Oppenheimer Senior Floating Rate Cl Y | A | Dividend | M | T | Buy | 09/20/16 | L | | |
| 235. | | | | | Buy (add'l) | 12/30/16 | L | | |
| 236. -Oppenheimer Senior Floating Rate Plus Cl Y | A | Dividend | | | Buy | 10/06/16 | L | | |
| 237. | | | | | Sold | 12/30/16 | L | B | |
| 238. -Pimco Floating Income Cl P | A | Dividend | L | T | Buy | 09/20/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 240. -Janus Multi Sector Income Cl T | B | Dividend | | | Buy | 10/18/16 | M | | |
| 241. | | | | | Sold | 12/08/16 | M | | |
| 242. -First Trust Low Duration Opportunities ETF | A | Dividend | | | Buy | 10/31/16 | K | | |
| 243. | | | | | Sold | 12/30/16 | K | | |
| 244. -Wisdomtree Japan Hedged Financials Fund ETF | | None | | | Buy | 10/31/16 | L | | |
| 245. | | | | | Sold | 11/03/16 | L | | |
| 246. -Ishares U S Broker-Dealers & Securities Exchanges ETF | A | Dividend | M | T | Buy | 12/08/16 | M | | |
| 247. -Powershares Dynamic Building & Construction ETF | A | Dividend | | | Buy | 12/08/16 | K | | |
| 248. | | | | | Sold | 12/30/16 | K | | |
| 249. -Powershares S&P Small Cap Materials ETF | A | Dividend | M | T | Buy | 12/08/16 | M | | |
| 250. -SPDR S&P Regional Banking ETF | A | Dividend | M | T | Buy | 12/08/16 | M | | |
| 251. -SPDR Series Trust S&P Metals & Mining ETF | A | Dividend | | | Buy | 12/08/16 | M | | |
| 252. | | | | | Sold | 12/30/16 | M | | |
| 253. -First Trust Nasdaq ABA Community Bank ETF | | None | L | T | Buy | 12/30/16 | L | | |
| 254. -First Trust RBA American Indl Renaissance ETF | | None | K | T | Buy | 12/30/16 | L | | |
| 255. -Powershares S&P Small Cap Energy ETF | | None | M | T | Buy | 12/30/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Laurel E. | 05/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - The LPL Financial Brokerage Account was closed during February 2016. The remaining assets in the brokerage account listed in Part VII, Lines 3-15 were transferred to the Trust - LPL Financial Brokerage Account beginning on Part VII, Line 16.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Laurel E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544